AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Timothy Smith

APPEARANCE

CASE NUMBER: CR06-36-03T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for TIMOTHY A. SMITH

I certify that I am admitted to practice in this court.

3/9/06
*Date*

[signature]
*Signature*

JAMES E. O'NEIL 3092
*Print Name* *Bar Number*

Rt. 103 1130 TEN ROD RD.
*Address*

N.K. R.I. 02852
*City* *State* *Zip Code*

667-7111 667-7112
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.