IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 06-36-03T

TIMOTHY SMITH :

**DEFENDANT'S MOTION TO BE FURNISHED**

**WITH STATEMENTS OF PROMISES, REWARDS, OR INDUCEMENTS**

Now comes Timothy Smith, the Defendant in the above captioned case, by and through his attorney, the undersigned James E. O'Neil, and respectfully moves that this Honorable Court direct the Prosecution to furnish the Defendant with any and all information known to the Prosecution or, that by the exercise of due diligence, can be ascertained by the Prosecution of statements of promises, rewards or inducements of any kind or nature made to any witness or witnesses that the Prosecution intends to rely upon in support of the allegations contained in the above matter or those made to any witness subpoenaed to appear before the Grand Jury.

**STATEMENT PURSUANT TO LOCAL RULE 12 F**

(1) Any delay occasioned by the making, hearing, or granting of this Motion will constitute, in whole or in part, excludable time as defined by 18 U.S.C. 3161 (h).

(2) The number of days to be excluded will be dependent upon the time within which this Motion is filed and acted upon.

Respectfully Submitted,
Timothy Smith
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO: CR 06-36-03T |
| TIMOTHY SMITH | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO BE FURNISHED WITH PROMISES, REWARDS OR INDUCEMENTS**

The defendant relies on Rule 16 of the Federal Rules of Criminal Procedure, as well as, BRADY vs. MARYLAND, 373 U.S. 83 (1963) and MOORE vs. ILLINOIS 408 U.S. 786 (1972) as the information sought may be exculpatory in nature.

Respectfully Submitted,
Timothy Smith
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 23 day of March, 2006 a true and accurate copy of the within Memorandum was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903.

James E. O'Neil, Esq.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 14th day of March, 2006 a true and accurate copy of the within Motion to Be Furnished With Statements of Promises, Rewards or Inducements was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903.

James E. O'Neil, Esq.