IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO: CR 06-36-03T |
| | | |
| TIMOTHY SMITH | : | |

**DEFENDANT'S MOTION REQUESTING STATEMENTS OF THE DEFENDANT**

Now comes Timothy Smith, the defendant in the above captioned case, by and through his attorney the undersigned James E. O'Neil, and respectfully moves this Honorable Court to permit the Defendant, and/or his attorney to inspect and copy or photograph the substance of any oral statement which the Government intends to offer in evidence at the trial made by the Defendant whether before or after arrest in response to interrogation by any person then known to the Defendant to be a Government agent.

**STATEMENT PURSUANT TO LOCAL RULE 12 F**

(1) Any delay occasioned by the making, hearing, or granting of this Motion will constitute, in whole or in part, excludable time as defined by 18 U.S.C. 3161 (h).

(2) The number of days to be excluded will be dependent upon the time within which this Motion is filed and acted upon.

Respectfully Submitted,
Timothy Stone
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 15th day of March, 2006 a true and accurate copy of the within Motion Requesting Statements of Defendant was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903.

James E. O'Neil, Es