IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 06-36-03T

TIMOTHY SMITH :

**DEFENDANT'S MOTION TO ORDER THE PRESERVATION OF ALL NOTES, RECORDINGS AND REPORTS**

Now comes Timothy Smith, the Defendant in the above captioned case, by and through his attorney, the undersigned James E. O'Neil, and moves this Honorable Court to order the Government to preserve all notes (including hand written notes and/or rough notes), tape recordings, and reports of Government informants, agents and/or investigators of the State of Rhode Island and cooperating witnesses who will appear as Government witnesses at time of Trial.

**STATEMENT PURSUANT TO LOCAL RULE 12 F**

(1) Any delay occasioned by the making, hearing, or granting of this Motion will constitute, in whole or in part, excludable time as defined by 18 U.S.C. 3161 (h).

(2) The number of days to be excluded will be dependent upon the time within which this Motion is filed and acted upon.

\

Respectfully Submitted,
Timothy Smith
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 06-36-03T
:
TIMOTHY SMITH :

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO ORDER THE PRESERVATION OF ALL NOTES, RECORDINGS, AND REPORTS**

The defendant, Timothy Smith, relies upon United States V. Giglio 405 U.S. 150 (1972) and Brady V. Maryland 373 U.S. 83 (1963) in support of his Motion to Order the Preservation of All Notes, Recordings, and Reports.

Respectfully Submitted,
Timothy Smith
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 24 day of March, 2006 a true and accurate copy of the within Memorandum in Support of Defendant's Motion for Preservation of Notes was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903.

James E. O'Neil, Esq.

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 15th day of March, 2006 a true and accurate copy of the within Motion for Preservation of Notes was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903.

James E. O'Neil, Esq.