IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 06-36-03T
:
TIMOTHY SMITH :

**MOTION TO CONTINUE IMPANELMENT**

Now comes Timothy Smith, the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, Esq. and respectfully moves this Honorable Court to continue the Trial currently scheduled for April 18, 2006 to a future date convenient to the Court.

Respectfully Submitted,
Timothy Smith
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 6th day of April, 2006 a true and accurate copy of the within Motion to Continue Impanelment was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903.

James E. O'Neil, Esq

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 06-36-03T

TIMOTHY SMITH :

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE IMPANELMENT**

As reason in support of Defendant's Motion to Continue Impanelment, the Court is respectfully advised that the Defendant's Counsel is currently engaged in dialogue with Assistant United States Attorney Richard Rose in an effort to dispose of this matter in a fashion which is consistent with the interests of justice. Counsel is in need of a brief additional period of time to "flush out" certain facts which may be exculpatory in nature.

Respectfully Submitted,
Timothy Smith
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 6th day of April, 2006 a true and accurate copy of the within Memorandum in Support of Defendant's Motion to Continue Impanelment was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903.

James E. O'Neil, Esq