RECEIVED
APR 12 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 12 2006
L. MARTIN, U.S. MAGISTRATE JUDGE
DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 06-36-03T
:
TIMOTHY SMITH :

FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**DEFENDANT'S MOTION TO ORDER THE PRESERVATION OF ALL NOTES, RECORDINGS AND REPORTS**

Now comes Timothy Smith, the Defendant in the above captioned case, by and through his attorney, the undersigned James E. O'Neil, and moves this Honorable Court to order the Government to preserve all notes (including hand written notes and/or rough notes), tape recordings, and reports of Government informants, agents and/or investigators of the State of Rhode Island and cooperating witnesses who will appear as Government witnesses at time of Trial.

**STATEMENT PURSUANT TO LOCAL RULE 12 F**

(1) Any delay occasioned by the making, hearing, or granting of this Motion will constitute, in whole or in part, excludable time as defined by 18 U.S.C. 3161 (h).

(2) The number of days to be excluded will be dependent upon the time within which this Motion is filed and acted upon.

\

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐ ____________________
Ernest C. Torres, Chief Judge
Date: 4/11/06

GRANTED.

David L. Martin 4-24-06
DAVID L. MARTIN, USMJ

Respectfully Submitted,
Timothy Smith
By and Through His Attorney

[signature]

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax