IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED

APR 2006

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 06-36-03T
:
TIMOTHY SMITH :

**MOTION OF THE DEFENDANT TO BE**

**FURNISHED WITH CRIMINAL RECORDS AND PROBATION RECORDS**

Now comes Timothy Smith, the Defendant in the above captioned case, by and through his attorney, the undersigned James E. O'Neil, and respectfully moves that this Honorable Court direct the Prosecution to furnish any and all criminal records, of any nature or kind whatsoever, of those witnesses which the Prosecution intends to rely upon at the trial and as to those witnesses who appeared before the Grand Jury.

**STATEMENT PURSUANT TO LOCAL RULE 12 F**

(1) Any delay occasioned by the making, hearing, or granting of this Motion will constitute, in whole or in part, excludable time as defined by 18 U.S.C. 3161 (h).

(2) The number of days to be excluded will be dependent upon the time within which this Motion is filed and acted upon.

Respectfully Submitted,
Timothy Smith
By and Through His Attorney

James E. O'Neil

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

FILED
MAR 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☑ for determination
☐ ______
Ernest C. Torres, Chief Judge
Date: 4/11/06

GRANTED.

David L. Martin
DAVID L. MARTIN, USMJ 4-24-06