IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 06-36-03T

TIMOTHY SMITH :

**DEFENDANT'S MOTION TO INSPECT STATEMENTS OF THE PROSECUTIONS WITNESSES**

Now comes Timothy Smith, the Defendant in the above captioned case, by and through his attorney, the undersigned James E. O'Neil, and respectfully moves that this Honorable Court order the Prosecution to allow the Defendant or his Counsel, to inspect statements of witnesses that the Prosecution intends to call/or who will not be called but have been interviewed by the Prosecution. This request includes all statements that the Prosecution has in its possession or by the exercise of due diligence may become known to the Prosecution during the pendency of the trial of this case.

As grounds hereof, the Defendant states that the statements of said witnesses or persons are required so as to enable him to properly prepare his defense.

**STATEMENT PURSUANT TO LOCAL RULE 12 F**

(1) Any delay occasioned by the making, hearing, or granting of this Motion will constitute, in whole or in part, excludable time as defined by 18 U.S.C. 3161 (h).

(2) The number of days to be excluded will be dependent upon the time within which this Motion is filed and acted upon.

GRANTED in the Absence of objection

Ernest C. Torres

Ernest C. Torres
Chief, US District Judge
6/8/06

Respectfully Submitted,
Timothy Smith
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 15th day of March, 2006 a true and accurate copy of the within Motion to Inspect Statements of Prosecutions Witnesses was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903.

James E. O'Neil, Esq.