IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CASE NO: CR 06-36-03T

TIMOTHY SMITH :

**MEMORANDUM IN AID OF SENTENCING**

Now comes, Timothy Smith, the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, and respectfully submits the following Memorandum in aid of sentencing.

Timothy Smith formally accepted responsibility for his actions on May 31, 2006 when he entered into a plea agreement with the United States Attorney. Thereafter, on June 30, 2006, he entered pleas of guilty to Counts 1, 19, 20 and 21 of the above-captioned case. Although the checks personally negotiated by Mr. Smith totaled $1,825.00, he well recognizes that he bears responsibility for the total amount of loss in this case suffered by Citizens Bank which amounts to $21,897.50.

U.S. Probation Officer Clara M. King has established a total offense level of 9 with respect to Mr. Smith's offenses as recited in Counts 1, 19, 20 and 21 of the above-captioned case (See Paragraph 28 of the Pre-Sentence Report dated December 8, 2006. Based on a total offense level of 9 and a Criminal History Category of I, the applicable Guideline Range is established as between 4-10 months to serve. Significantly and in accord with Paragraph 5C1.1(c) of the United States Sentencing Guidelines, if the applicable Guideline Range is in Zone B of the Sentencing Table, the minimum term may be satisfied by "… (3)a sentence of probation that includes a condition or combination of conditions that substitute intermittent confinement, community confinement or ***home detention*** [emphasis added] for imprisonment according to the schedule in subsection (e)" [See Paragraphs 53 & 54 of P.S.R]

It is respectfully suggested that a sentence of straight home confinement is the proper disposition of this matter. Timothy Smith who is thirty-eight (38) years of age and his wife Tammy are the parents of two young children ages ten (10) and eight (8). He has been employed for the past year as an apprentice electrician with Federal Technology of Johnston, Rhode Island. His wife Tammy is a Medical Assistant/Office Manager. Most importantly, since being arrested, Mr. Smith has successfully completed a drug rehabilitation program administered by Gateway of Post Rd, Warwick, Rhode Island. Additionally, he has been providing the United States Department of Probation with weekly drug screens since the time of his arrest, all of which have proved negative. Mr. Smith's progress over the last ten months (10) months since the date of his arrest in March of 2006 has been extraordinarily positive.

A period of home confinement will allow Timothy Smith to be in position to continue to provide for his family financially as well as to work diligently towards fulfilling any restitution ordered by the Court.

Recognizing that the Co-Defendant in this matter, Myron F. Rose, was ordered by the Court to be responsible for paying restitution jointly and severably with the Co-Defendants in this matter, including Mr. Smith. The amount of restitution totals $21,897.50. It is anticipated that an identical Order will issue as to Mr. Smith. Therefore, giving Timothy Smith the opportunity to remain well employed and to advance as an apprentice Electrician will allow him to satisfy Citizens Bank's claim for restitution in the amount of $21,897.50. It is respectfully requested however that a fine not be imposed in this matter as the Defendant's financial posture is such that satisfying a restitution Order and making payments on a fine would compromise the financial stability of the Smith Family which, as earlier noted, includes two young children ages 10 and 8.

Respectfully Submitted,
Timothy Smith
By and Through His Attorney

/s/James E. O'Neil, Esq.
James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this _7th_ day of January, 2007 a true and accurate copy of the within Memorandum in Aid of Sentencing was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903.

/s/James E. O'Neil, Esq
James E. O'Neil, Esq.